IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM KINKADE
and TANYA KINKADE                                                          PLAINTIFFS

v.                          No. 4:12-cv-101-DPM

WELLS FARGO HOME MORTGAGE;
and OCWEN LOAN SERVICING, LLC.                                    DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice, with the Court retaining jurisdiction to enforce the settlement agreement until 31 August 2013.

*signature*
D.P. Marshall Jr.
United States District Judge

24 May 2013